IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND ROLEK, JR. | : | BK. No. 17-22436-JAD |
| JANET R. ROLEK | : | |
| A/K/A JANET J. ROSS | : | Chapter No. 7 |
| Debtors | : | |
| | : | Document No. |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | Hearing Date: 09/12/2017 |
| v. | : | |
| RAYMOND ROLEK, JR. | : | Hearing Time: 10:00AM |
| JANET R. ROLEK | : | |
| A/K/A JANET J. ROSS | : | Objection Date: 09/01/2017 |
| and | : | |
| ROBERT H. SLONE, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 1, 2017, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **September 12, 2017 at 10:00AM** before Judge JEFFERY A. DELLER, in Court Room D, 54TH Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: August 10, 2017

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP

Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com