**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND ROLEK, JR. | : | BK. No. 17-22436-JAD |
| JANET R. ROLEK | : | |
| A/K/A JANET J. ROSS | : | Chapter No. 7 |
| Debtors | : | |
| | : | Document No. |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | Hearing Date: 09/12/2017 |
| v. | : | |
| RAYMOND ROLEK, JR. | : | Hearing Time: 10:00AM |
| JANET R. ROLEK | : | |
| A/K/A JANET J. ROSS | : | Objection Date: 09/01/2017 |
| and | : | |
| ROBERT H. SLONE, ESQUIRE (TRUSTEE) | : | |
| Respondents | : | |
| | : | |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on August 10, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

ROBERT H. SLONE, ESQUIRE (TRUSTEE)
223 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601

CHRISTOPHER M. FRYE, ESQUIRE
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

Service by First Class Mail

RAYMOND ROLEK, JR.
121 VERNON AVENUE
BELLE VERNON, PA 15012-2359

JANET J. ROSS
121 VERNON AVENUE
BELLE VERNON, PA 15012-2359

RAYMOND ROLEK, JR.
781 SOUTH RIDGE ROAD
COAL CENTER, PA 15423
N/K/A 781 S RIDGE RD
COAL CENTER, PA 15423

JANET J. ROSS
781 SOUTH RIDGE ROAD
COAL CENTER, PA 15423
N/K/A 781 S RIDGE RD
COAL CENTER, PA 15423

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jerome Blank, Esquire
Jerome Blank, Esq., Id. No.49736
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31625
Fax Number: 215-568-7616
Email: jerome.blank@phelanhallinan.com

August 10, 2017