## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | : | |
| RAYMOND ROLEK, JR. | : | BK. No. 17-22436-JAD |
| JANET R. ROLEK FKA JANET J. ROSS | : | |
| Debtors | : | Chapter No. 07 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | Document No. |
| TRUSTEE FOR CREDIT SUISSE FIRST | : | |
| BOSTON MORTGAGE SECURITIES CORP., | : | Hearing Date: 09/26/2017 |
| HOME EQUITY ASSET TRUST 2006-1, HOME | : | |
| EQUITY PASS-THROUGH CERTIFICATES, | : | Hearing Time: 10:00 A.M. |
| SERIES 2006-1 | : | |
| Movant | : | Objection Date: 09/11/2017 |
| v. | : | |
| RAYMOND ROLEK, JR. | : | |
| JANET R. ROLEK FKA JANET J. ROSS | : | |
| and | : | |
| ROBERT H. SLONE, ESQUIRE (TRUSTEE) | | |
| Respondents | | |

### CERTIFICATE OF SERVICE OF
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on August 21, 2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| ROBERT H. SLONE, ESQUIRE (TRUSTEE)<br>223 SOUTH MAPLE AVENUE<br>GREENSBURG, PA 15601 | RAYMOND ROLEK, JR.<br>121 VERNON AVENUE<br>BELLE VERNON, PA 15012-2359 |
| CHRISTOPHER M. FRYE, ESQUIRE<br>SUITE 2830 GULF TOWER<br>707 GRANT STREET<br>PITTSBURGH, PA 15219 | RAYMOND ROLEK, JR.<br>121 VERNON AVENUE<br>BELLE VERNON, PA 15012 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222 | JANET R. ROLEK FKA JANET J. ROSS<br>121 VERNON AVENUE<br>BELLE VERNON, PA 15012-2359 |
|  | JANET R. ROLEK FKA JANET J. ROSS<br>121 VERNON AVENUE<br>BELLE VERNON, PA 15012 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Jeremy J. Kobeski, Esquire
Jeremy J. Kobeski, Esq., Id. No.94503
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31574
Fax Number: 215-568-7616
Email: jeremy.kobeski@phelanhallinan.com

August 21, 2017