## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | : | |
| **RAYMOND ROLEK, JR.** | : | **BK. No. 17-22436-JAD** |
| **JANET R. ROLEK** | : | |
| **A/K/A JANET J. ROSS** | : | **Chapter No. 7** |
| Debtors | : | |
| | : | **Related to Document No. 23** |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | **Hearing Date: 09/12/2017** |
| v. | : | |
| **RAYMOND ROLEK, JR.** | : | **Hearing Time: 10:00AM** |
| **JANET R. ROLEK** | : | |
| **A/K/A JANET J. ROSS** | : | **Objection Date: 09/01/2017** |
| and | : | |
| **ROBERT H. SLONE, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | |

### CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 23

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on August 10, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than September 1, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: September 5, 2017

*/s/ James A. Prostko, Esquire*
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

| | | |
|---|---|---|
| IN RE: | : | |
| **RAYMOND ROLEK, JR.** | : | **BK. No. 17-22436-JAD** |
| **JANET R. ROLEK** | : | |
| **A/K/A JANET J. ROSS** | : | **Chapter No. 7** |
| Debtors | : | |
| | : | **Related to Document No. 23** |
| **WELLS FARGO BANK, N.A.** | : | |
| Movant | : | **Hearing Date: 09/12/2017** |
| v. | : | |
| **RAYMOND ROLEK, JR.** | : | **Hearing Time: 10:00AM** |
| **JANET R. ROLEK** | : | |
| **A/K/A JANET J. ROSS** | : | **Objection Date: 09/01/2017** |
| and | : | |
| **ROBERT H. SLONE, ESQUIRE (TRUSTEE)** | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 9/5/2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification                    Service by First Class Mail

ROBERT H. SLONE, ESQUIRE (TRUSTEE)          RAYMOND ROLEK, JR.
223 SOUTH MAPLE AVENUE                        121 VERNON AVENUE
GREENSBURG, PA 15601                          BELLE VERNON, PA 15012-2359

CHRISTOPHER FRYE, ESQUIRE                     JANET J. ROSS
SUITE 2830 GULF TOWER,                        121 VERNON AVENUE
707 GRANT STREET                              BELLE VERNON, PA 15012-2359
PITTSBURGH, PA 15219
                                              RAYMOND ROLEK, JR.
OFFICE OF THE UNITED STATES                   781 SOUTH RIDGE ROAD
TRUSTEE                                       COAL CENTER, PA 15423
1001 LIBERTY AVENUE, SUITE 970                N/K/A 781 S RIDGE RD
PITTSBURGH, PA 15222                          COAL CENTER, PA 15423

                                              JANET J. ROSS
                                              781 SOUTH RIDGE ROAD
                                              COAL CENTER, PA 15423
                                              N/K/A 781 S RIDGE RD
                                              COAL CENTER, PA 15423
                                              WASHINGTON, PA 15301-6820

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail