**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: : | |
| RAYMOND ROLEK, JR. : | BK. No. 17-22436-JAD |
| JANET R. ROLEK : | |
| A/K/A JANET J. ROSS : | Chapter No. 7 |
| Debtors : | |
| : | Document No. 23 |
| WELLS FARGO BANK, N.A. : | |
| Movant : | Hearing Date: 09/12/2017 |
| v. : | |
| RAYMOND ROLEK, JR. : | Hearing Time: 10:00AM |
| JANET R. ROLEK : | |
| A/K/A JANET J. ROSS : | Objection Date: 09/01/2017 |
| and : | |
| ROBERT H. SLONE, ESQUIRE (TRUSTEE) : | |
| Respondents : | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 5th day of September, 2017, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to premises, 781 SOUTH RIDGE ROAD, COAL CENTER, PA 15423 N/K/A 781 S RIDGE RD, COAL CENTER, PA 15423, as more fully set forth in the legal description attached to said mortgage Closed-End Fixed Rate Home Equity Conversion Mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises.

_/s/ Jeffery A. Deller_ jsf
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

FILED
9/5/17 11:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Raymond Rolek, Jr.  
Janet R. Rolek  
     Debtors

Case No. 17-22436-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: lfin      Page 1 of 1      Date Rcvd: Sep 05, 2017  
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2017.  
db/jdb      Raymond Rolek, Jr.,    Janet R. Rolek,    121 Vernon Avenue,    Belle Vernon, PA   15012-2359

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2017                             Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2017 at the address(es) listed below:

       Christopher M. Frye     on behalf of Joint Debtor Janet R. Rolek chris.frye@steidl-steinberg.com,
        julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
       Christopher M. Frye     on behalf of Debtor Raymond Rolek, Jr. chris.frye@steidl-steinberg.com,
        julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
       James Warmbrodt     on behalf of Creditor    Harley-Davidson bkgroup@kmllawgroup.com  
       James A. Prostko     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
        james.prostko@phelanhallinan.com  
       Jeremy J. Kobeski     on behalf of Creditor    U.S. Bank National Association, as Trustee Et Al...
        pawb@fedphe.com  
       Jeremy J. Kobeski     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
       Jerome B. Blank     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com  
       Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
       Robert H. Slone, Trustee     robertslone223@gmail.com,    rslone@pulsenet.com;pa07@ecfcbis.com  
       S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                 TOTAL: 10