## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| **IN RE:** | | |
| **RAYMOND ROLEK, JR.** | | **BK. No. 17-22436-JAD** |
| **JANET R. ROLEK FKA JANET J. ROSS** | : | |
| **Debtors** | : | **Chapter No. 07** |
| | : | |
| **U.S. BANK NATIONAL ASSOCIATION, AS** | : | **Related to Document No. 27** |
| **TRUSTEE FOR CREDIT SUISSE FIRST** | : | |
| **BOSTON MORTGAGE SECURITIES CORP.,** | : | **Hearing Date: 09/26/2017** |
| **HOME EQUITY ASSET TRUST 2006-1, HOME** | : | |
| **EQUITY PASS-THROUGH CERTIFICATES,** | : | **Hearing Time: 10:00 A.M.** |
| **SERIES 2006-1** | : | |
| **Movant** | : | **Objection Date: 09/11/2017** |
| **v.** | : | |
| **RAYMOND ROLEK, JR.** | : | |
| **JANET R. ROLEK FKA JANET J. ROSS** | : | |
| **and** | : | |
| **ROBERT H. SLONE, ESQUIRE (TRUSTEE)** | | |
| **Respondents** | | |

### CERTIFICATE OF NO OBJECTION REGARDING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY RELATED TO DOCUMENT NO. 27

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on August 21, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than September 11, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered by the Court.

Dated: September 14, 2017

/s/ James A. Prostko, Esquire
James A. Prostko, Esq., Id. No.27221
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31501
Fax Number: 215-568-7616
Email: james.prostko@phelanhallinan.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

IN RE:

| | | |
|---|---|---|
| RAYMOND ROLEK, JR. | | BK. No. 17-22436-JAD |
| JANET R. ROLEK FKA JANET J. ROSS | : | |
| Debtors | : | Chapter No. 07 |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS | : | Related to Document No. 27 |
| TRUSTEE FOR CREDIT SUISSE FIRST | : | |
| BOSTON MORTGAGE SECURITIES CORP., | : | Hearing Date: 09/26/2017 |
| HOME EQUITY ASSET TRUST 2006-1, HOME | : | |
| EQUITY PASS-THROUGH CERTIFICATES, | : | Hearing Time: 10:00 A.M. |
| SERIES 2006-1 | : | |
| Movant | : | Objection Date: 09/11/2017 |
| v. | : | |
| RAYMOND ROLEK, JR. | : | |
| JANET R. ROLEK FKA JANET J. ROSS | : | |
| and | : | |
| ROBERT H. SLONE, ESQUIRE (TRUSTEE) | | |
| Respondents | | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION

I certify under penalty of perjury that I served or caused to be served the above captioned pleading, Certification of No Objection, on the parties at the addresses shown below on 9/14/2017.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by Electronic Notification

Service by First Class Mail

ROBERT H. SLONE, ESQUIRE (TRUSTEE)
223 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601

RAYMOND ROLEK, JR.
121 VERNON AVENUE
BELLE VERNON, PA 15012-2359

CHRISTOPHER M. FRYE, ESQUIRE
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

RAYMOND ROLEK, JR.
121 VERNON AVENUE
BELLE VERNON, PA 15012

OFFICE OF THE UNITED STATES
TRUSTEE
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

JANET R. ROLEK FKA JANET J. ROSS
121 VERNON AVENUE
BELLE VERNON, PA 15012-2359

JANET R. ROLEK FKA JANET J. ROSS
121 VERNON AVENUE
BELLE VERNON, PA 15012

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading: "Service by Electronic Notification" and those served by mail will be listed under the heading: "Service by First Class Mail."

Method of Service:  electronic means or first class mail