**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Raymond Rolek Jr.** | Social Security number or ITIN | **xxx–xx–2581** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Janet R. Rolek** | Social Security number or ITIN | **xxx–xx–6479** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–22436–JAD**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Raymond Rolek Jr.

Janet R. Rolek
fka Janet J. Ross

10/11/17

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318 **Order of Discharge** page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-22436-JAD
Raymond Rolek, Jr.                                                          Chapter 7
Janet R. Rolek
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin          Page 1 of 2          Date Rcvd: Oct 11, 2017
                              Form ID: 318         Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2017.
db/jdb         Raymond Rolek, Jr.,   Janet R. Rolek,   121 Vernon Avenue,   Belle Vernon, PA  15012-2359
cr            +Nationstar Mortgage LLC,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Ave.,
                Suite 100,   Boca Raton, FL 33487-2853
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14657470       Allegheny Clinic Radiology,   PO Box 645367,   Pittsburgh, PA 15264-5251
14657471      +Allegheny General Hospital,   320 East North Avenue,   Pittsburgh, PA 15212-4772
14657474      +Cornerstone Care,   7 Glasswork Rd.,   Greensboro, PA 15338-9507
14657476      +Credit One Bank N.A.,   c/o AllTran Financial, LP,   PO Box 610,   Sauk Rapids, MN 56379-0610
14657477      +First Premier Bank,   c/o Central Credit Services, LLC,   20 Corporate Hills Dr.,
                Saint Charles, MO 63301-3749
14643041       Harley Davidson Credit Corp,,   c/o Raymond P. Wendolowski, Esquire,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219
14643042      +Harley Davidson Credit Corp, as,   assignee of Eaglmark Savings Bank,   PO Box 1513,
                Palatine, IL 60078-1513
14657480      +Jefferson Hills Surgical,   1200 Brooks Lane,   Jefferson Hills, PA 15025-3749
14657481       Jefferson Hospital,   PO Box 643054,   Pittsburgh, PA 15264-3054
14657482      +Qualicare Home Medical,   c/o Rotech Healtcare, Inc (Dept. #59),   PO Box 850001,
                Orlando, FL 32885-0001
14643043      +U.S. National Bank,   JEREMY KOBESKI, Esquire,   OMNI WILLIAM PENN OFFICE TOWER,
                555 GRANT STREET, SUITE 300,   Pittsburgh, PA 15219-4408
14643044       Wells Fargo Auto Finance,   PO Box 29704,   Glendale, AZ 85308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:44:00      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14657469       EDI: BANKAMER.COM Oct 12 2017 01:38:00      AAA Financial Services,   PO Box 15019,
                Wilmington, DE 19886-5019
14657472       EDI: CHASE.COM Oct 12 2017 01:38:00      Chase/Slate,   PO Box 15123,
                Wilmington, DE 19850-5123
14657473      +E-mail/Text: kthompson@crownasset.com Oct 12 2017 01:44:16      Citibank,
                c/o Crown Asset Management, LLC,   3100 Breckingridge Blvd.,   Suite 725,
                Duluth, GA 30096-7605
14657475      +EDI: CCUSA.COM Oct 12 2017 01:38:00      Credit Collections USA,   16 Distributor Dr.,   Suite 1,
                Morgantown, WV 26501-7209
14644039      +EDI: PRA.COM Oct 12 2017 01:38:00      PRA Receivables Management, LLC,   PO Box 41021,
                Norfolk, VA 23541-1021
14660088       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 12 2017 01:44:00
                Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
14657483       EDI: RMSC.COM Oct 12 2017 01:38:00      Sam's Club/SYNCB,   PO Box 960013,
                Orlando, FL 32896-0013
14657484       EDI: RMSC.COM Oct 12 2017 01:38:00      Sams Club/SYNCB,   PO Box 530942,
                Atlanta, GA 30353-0942
14643045      +EDI: WFFC.COM Oct 12 2017 01:38:00      Wells Fargo Home Mortgage,   PO Box 10335,
                Des Moines, IA 50306-0335
14643046      +EDI: WFFC.COM Oct 12 2017 01:38:00      Wells Fargo Home Mortgage,   3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
                                                                                    TOTAL: 11


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Harley-Davidson
cr             U.S. Bank National Association, as Trustee Et Al..
cr             Wells Fargo Bank, N.A.
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14657478*      Harley Davidson Credit Corp,,   c/o Raymond P. Wendolowski, Esquire,   Suite 2200 Gulf Tower,
                Pittsburgh, PA 15219
14657479*     +Harley Davidson Credit Corp, as,   assignee of Eaglmark Savings Bank,   PO Box 1513,
                Palatine, IL 60078-1513
14657485*     +U.S. National Bank,   JEREMY KOBESKI, Esquire,   OMNI WILLIAM PENN OFFICE TOWER,
                555 GRANT STREET, SUITE 300,   Pittsburgh, PA 15219-4408
14657486*      Wells Fargo Auto Finance,   PO Box 29704,   Glendale, AZ 85308
14657487*     +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
14657488*     +Wells Fargo Home Mortgage,   3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
                                                                    TOTALS: 3, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2        User: admin           Page 2 of 2          Date Rcvd: Oct 11, 2017
                           Form ID: 318            Total Noticed: 26
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2017 at the address(es) listed below:
          Christopher M. Frye   on behalf of Joint Debtor Janet R. Rolek chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com
          Christopher M. Frye   on behalf of Debtor Raymond  Rolek, Jr. chris.frye@steidl-steinberg.com,
           julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
           ga@steidl-steinberg.com;r53037@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   Harley-Davidson bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           pawb@fedphe.com,   james.prostko@phelanhallinan.com
          James A. Prostko   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Jeremy J. Kobeski   on behalf of Creditor   U.S. Bank National Association, as Trustee Et Al...
           pawb@fedphe.com
          Jeremy J. Kobeski   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Jerome B. Blank   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee   robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                        TOTAL: 11
```